2/16/18

Re: Chapter 13 Case No. 5:17-bk-04168-JJT

To the Honorable Judge Thomas:

I was deceived into believing this Court had jurisdiction to void fraudulent mortgage by my lawyer Tullio DeLuca. His purpose was solely to pad his legal fees. This is why I provided conclusive documental evidence of fraudulent "double billing" to Trustee DeHart to be forwarded to this Court.

The first time I became aware of the Rooker-Feldman doctrine was in Plaintiff's Objection to the Plan.

Bankruptcy is a needless diversion from the real relief - the Appeal, which will be the second to be ruled in my favor.

It is virtually inconceivable that a lawyer who has specialized in Bankruptcy for over 25 yrs was unaware of such a prominent restriction as Rooker-Feldman doctrine.

I am petitioning this Court to vacate all Bankruptcy fee Agreements I have with DeLuca on the grounds that I entered into them under false pretext. clearly

I am also requesting a hearing so that I may make known to this Court the _whole_ story of this case which has been going on for 12 yrs.

Thank you.

Respectfully submitted
James Brolley

2018 FEB 20 AM 11:49
U.S. BANKRUPTCY COURT

James Brolley
150 Laurel Rd.
Mt. Top PA 18707

U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main St.
Wilkes-Barre, PA 18701

18701-150099