United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                     Case No. 17-04168-JJT
James Michael Brolley                                      Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CBoyle          Page 1 of 1          Date Rcvd: Feb 20, 2018
                             Form ID: nthrgreq       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db              +James Michael Brolley,    150 Laurel Rd.,    Mountain Top, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
            James Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, not in its
             individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
             bkgroup@kmllawgroup.com
            Kevin S Frankel   on behalf of Creditor   Wilmington Trust, National Association, et al...
             pa-bk@logs.com
            Tullio DeLuca   on behalf of Debtor 1 James Michael Brolley tullio.deluca@verizon.net
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James Michael Brolley
aka James M. Brolley, aka James Brolley
**Debtor(s)**

Chapter: 13

Case number: 5:17−bk−04168−JJT

Document Number: 25

Matter: Debtor's Objection to Attorney Fees

| Notice |
|---|

Notice is hereby given that:

This Bankruptcy Petition was filed on October 5, 2017.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: March 6, 2018**<br><br>**Time: 10:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CBoyle, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 20, 2018 |