UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
JAMES MICHAEL BROLLEY               :          CASE NO. 5-17-04168
                        Debtor.     :
*********************************************************************************

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance of hearing. This is a first request for continuance.

Reason for continuance: **Due to a scheduling conflict, Debtor's Counsel is unavailable to attend the hearing at 10:30 am. Debtor's Counsel requests that the hearing be moved to March 6, 2018 at 2:00 pm. Further, Debtor's Counsel has filed an amended Motion to Withdraw as Counsel requesting the Motion to be heard on March 6, 2018 at 2:00 pm.**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Dated: March 2, 2018            /s/Tullio DeLuca
                                Attorney for James Brolley
                                Name: Tullio DeLuca, Esq.
                                Phone No. (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  :
JAMES MICHAEL BROLLEY                   :       CASE NO. 5-17-04168
            Debtor.                     :
*******************************************************************************
**CERTIFICATE OF SERVICE**
*******************************************************************************

The undersigned hereby certifies that on March 2, 2018, he caused a true and correct copy of Movant's Request to Continue Hearing/Trial to be served on the following by First Class Mail, postage pre-paid:

> Charles J. DeHart, III, Esquire
> 8125 Adams Dr., Suite A
> Hummelstown, PA 17036
>
> James Michael Brolley
> 150 Laurel Rd.
> Mt Top, PA 18707

Date of Mailing:   March 2, 2018          /s/Tullio DeLuca
                                          Tullio DeLuca, Esquire