UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
JAMES MICHAEL BROLLEY : CASE NO. 5-17-04168
:
Debtor. :

**CERTIFICATE OF CONCURRENCE**

AND NOW, this 5th day of March 2018, comes Tullio DeLuca, Esquire, and certifies that James Michael Brolley, Debtor, concurs with Tullio DeLuca's request for continuance of hearing on Debtor's Objection to Attorney Fees and the hearing of Tullio DeLuca, Esquire's Motion to Withdraw as Counsel to be heard on March 6, 2018 at 2:00 pm.

/s/Tullio DeLuca

381 N. 9th Ave.

Scranton, PA 18504

Phone Number: 570-347-7764

Fax Number: 570-347-7763

E-mail: tullio.deluca@verizon.net