In re:                                                    Case No. 17-04168-JJT
James Michael Brolley                                     Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: PRatchfor        Page 1 of 1          Date Rcvd: Mar 05, 2018
                           Form ID: ortext         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
db              +James Michael Brolley,    150 Laurel Rd.,   Mountain Top, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
           bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, et al...
           bkgroup@kmllawgroup.com
          Kevin S Frankel   on behalf of Creditor   Wilmington Trust, National Association, et al...
           pa-bk@logs.com
          Tullio  DeLuca   on behalf of Debtor 1 James Michael Brolley tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James Michael Brolley
aka James M. Brolley, aka James Brolley
**Debtor(s)**

Chapter: 13

Case number: 5:17−bk−04168−JJT

## ORDER

Order Continuing hearing originally set for March 8, 2018 at 10:30 a.m.. IT IS SO ORDERED on 3/5/2018. /s/John J. Thomas (RE: related document(s)25, 26, 29, 30, 31, 32, 35). Hearing scheduled for 3/6/2018 at 02:00 PM at 197 South Main Street, Courtroom 2, Max Rosenn US Courthouse, Wilkes−Barre, PA 18701. (Ratchford, Patricia)