```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 17-04168-JJT
James Michael Brolley                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: PRatchfor      Page 1 of 1      Date Rcvd: Mar 08, 2018
                       Form ID: ortext       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
4976901       +James Michael Brolley,    150 Laurel Rd.,    Mountain Top, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
           James   Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, not in its
            individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
            bkgroup@kmllawgroup.com
           James   Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, et al...
            bkgroup@kmllawgroup.com
           Kevin S Frankel    on behalf of Creditor   Wilmington Trust, National Association, et al...
            pa-bk@logs.com
           Tullio   DeLuca    on behalf of Debtor 1 James Michael Brolley  tullio.deluca@verizon.net
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 6

Order Text Entries (Form ortext) (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James Michael Brolley<br>aka James M. Brolley, aka James Brolley<br>**Debtor(s)** | Chapter: 13<br>Case number: 5:17−bk−04168−JJT |

## ORDER

Order Continuing hearing originally set for March 8, 2018 at 2:00 pm. IT IS SO ORDERED on 3/8/2018. /s/John J. Thomas (RE: related document(s)13, [20]). Confirmation hearing to be held on 5/8/2018 at 09:30 AM at 197 South Main Street, Courtroom 2, Max Rosenn US Courthouse, Wilkes−Barre, PA 18701. (Ratchford, Patricia)