```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04168-JJT
James Michael Brolley                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: karendavi    Page 1 of 1    Date Rcvd: Mar 12, 2018
                  Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db          +James Michael Brolley,    150 Laurel Rd.,    Mountain Top, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
           James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
            individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
            bkgroup@kmllawgroup.com
           James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, et al...
            bkgroup@kmllawgroup.com
           Kevin S Frankel    on behalf of Creditor    Wilmington Trust, National Association, et al...
            pa-bk@logs.com
           Tullio DeLuca    on behalf of Debtor 1 James Michael Brolley    tullio.deluca@verizon.net
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JAMES MICHAEL BROLLEY : CASE NO. 5-17-04168
                Debtor. :
*********************************************************************************

## ORDER

*********************************************************************************

Upon consideration of Tullio DeLuca, Esquire and the Law Office of Tullio DeLuca's Motion to Withdraw as Counsel after hearing held on March 6, 2018, it is hereby:

ORDERED that the Motion, as amended, is hereby GRANTED; and

FURTHER ORDERED that the sum of $2,500 be returned to the Debtor, James Michael Brolley from the Law Office of Tullio DeLuca before the close of business on March 7, 2018. The Objection to Attorneys fees is considered resolved by the return of the $2,500 fee.

Dated: March 8, 2018           By the Court,

_____
John J. Thomas, Bankruptcy Judge (PAR)