Re: Chapter 13 Case No.: 5-17-04168

4/3/18
FILED        Wilkes-Barre, PA.
April 6, 2018
Clerk, U.S. Bankruptcy Court

To the Honorable Judge Thomas:

I am petitioning this Court to refund the three monthly payments I made towards Plan to Trustee DeHart. ($459) ($153/month) (Nov., Dec., Jan.) I made these payments until in good faith until I realized Plan was destined to fail. I am also requesting refund of my filing fee $310, waived, due to personal financial situation.

Thank you. I, unlike my lawyer, understand you were hamstrung by the Law.

Respectfully submitted,
James Brolley
150 Laurel Rd.
Mt. Top, Pa. 18707

