4/30/18

Re: Chapter 13
Case No.: 5-17-04168-JJT

To the Honorable Judge Thomas:

I am objecting to the Postpetition Mortgage costs on the grounds that Wilmington Trust is not the holder of the Note. (Fraud) This Court should have jurisdiction as it does not affect State Court's Judgment. (Rooker-Feldman doctrine) → in this matter

Thank you.

Respectfully submitted,
James Brolley