Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James Michael Brolley<br>aka James M. Brolley, aka James Brolley<br>**Debtor(s)** | Chapter 13<br>Case No. 5:17−bk−04168−JJT |

**Order**

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: May 11, 2018

By the Court,

*[signature]*

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk