# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: karendavi | Date Created: 5/11/2018 |
| Case: 5:17–bk–04168–JJT | Form ID: ordsmiss | Total: 14 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | Kevin S Frankel | pa–bk@logs.com |

                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | James Michael Brolley | 150 Laurel Rd. | Mountain Top, PA 18707 | |
| cr | Wilmington Trust, National Association, et al... | 55 Beattie Place | Suite 110 | MS 005 Greenville, SC 29601 |
| cr | Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust | C/O Shellpoint Mortgage Servicing | P.O. Box 10826 | Greenville, SC 29603–0826 |
| 4976900 | Brier Crest Woods POA | 117 Thornberry Lane | Blakeslee, PA 18610 | |
| 4976901 | James Michael Brolley | 150 Laurel Rd. | Mountain Top, PA 18707 | |
| 4976902 | KML Law Group, P.C | Suite 5000, BNY Mellon Independence Ctr. | 701 Market St. | Philadelphia, PA 19106 |
| 4976903 | Law offices of Tullio DeLuca | 381 N. 9th Avenue | Scranton, PA 18504 | |
| 4976904 | Shapiro & DeNardo, LLC | 3600 Horizon Dr., Suite 150 | King of Prussia, PA 19406 | |
| 4976905 | WILMINGTON TRUST | 75 BEATTIE PLACE STE 300 | GREENVILLE, SC 29601 | |
| 4976906 | Wilmington Trust, N.A. | 75 Beattie Place | Suite 300 | Greenville, SC 29601 |

                                                                TOTAL: 10