```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04168-JJT
James Michael Brolley                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: PRadginsk      Page 1 of 1      Date Rcvd: May 09, 2018
                      Form ID: ortext       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db         +James Michael Brolley,   150 Laurel Rd.,   Mountain Top, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, et al...
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Wilmington Trust, National Association, et al...
               pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                              TOTAL: 5

Order Text Entries (Form ortext) (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James Michael Brolley<br>aka James M. Brolley, aka James Brolley<br>**Debtor(s)** | Chapter: 13<br>Case number: 5:17−bk−04168−JJT |

## ORDER

Proceeding Memo re: Confirmation hearing held, record made. Appearances: Agatha McHale, Esq., James Brolley. Plan withdrawn on the record. IT IS SO ORDERED on 5/8/2018. /s/John J. Thomas (RE: related document(s)13, 19). (Radginski, Pamela)