```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-04168-JJT
James Michael Brolley                                               Chapter 13
           Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: karendavi              Page 1 of 1            Date Rcvd: May 11, 2018
                             Form ID: ordsmiss            Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
```
db            +James Michael Brolley,    150 Laurel Rd.,    Mountain Top, PA 18707-9176
cr            +Wilmington Trust, National Association, et al...,    55 Beattie Place,    Suite 110,    MS 005,
                Greenville, SC 29601-5115
cr             Wilmington Trust, National Association, not in its,    C/O Shellpoint Mortgage Servicing,
                P.O. Box 10826,    Greenville, SC  29603-0826
4976900       +Brier Crest Woods POA,    117 Thornberry Lane,    Blakeslee, PA 18610-7920
4976902       +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                Philadelphia, PA 19106-1538
4976903       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4976904       +Shapiro & DeNardo, LLC,    3600 Horizon Dr., Suite 150,    King of Prussia, PA 19406-4702
4976905       +WILMINGTON TRUST,    75 BEATTIE PLACE STE 300,    GREENVILLE, SC 29601-2138
4976906       +Wilmington Trust, N.A.,    75 Beattie Place,    Suite 300,    Greenville, SC 29601-2138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4976901*      +James Michael Brolley,    150 Laurel Rd.,    Mountain Top, PA 18707-9176
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, et al...
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Wilmington Trust, National Association, et al...
               pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| James Michael Brolley | Chapter | 13 |
| aka James M. Brolley, aka James Brolley | | |
| **Debtor(s)** | Case No. | 5:17−bk−04168−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: May 11, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk